## No. 679
### ARNOLD v. ARNOLD
Ohio Appeals, Eighth District, Cuyahoga County
June 25, 1923.  No. 4437

This opinion has not been published except in Abstract

### 151. DIVORCE.

Extreme cruelty—Gross neglect of duty—Pleading (294).

VICKERY, P. J.:

#### Epitomized Opinion

Action for divorce.  Defendant, the husband, filed a cross-petition for divorce. which contained an allegation in substance as follows:

Defendant says that plaintiff has been guilty of gross neglect of duty and extreme cruelty toward defendant in that she has consorted with divers and sundry men and has lived in defendant's house with people of ill repute and that she has shown marked affection for one, Richard Roe who on certain occasions has stayed at defendart's house all night.

Plaintiff moved to strike this allegation out of the petition.  The Common Pleas overruled the motion and granted defendant a divorce.  Plaintiff brought error proceedings in this court.  Held:

The motion should have been granted. The facts stated did not amount to extreme cruelty because they occurred, if at all, after defendant had separated from plaintiff and was no longer living with her. The allegation did not charge gross neglect of duty. It charged adultery, if anything, and adultery was not proved. There was error, prejudicial to plaintiff, in the failure to strike out the allegation, and in granting the divorce on the ground of gross neglect of duty under the charge set forth. Reversed and remanded.

Attorneys—Calfee, Fogg & White, for plaintiff; Tolles, Hogsett, Ginn & Morley, for defendant.